C. A. No. 75-233. STATE *v.* JOSEPH R. MEDEIROS. Motion of defendant for an extension of time in which to file a motion to reargue is granted. The motion to reargue is denied. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Joseph L. DeCaporale,* Asst. Public Defender, for defendant.

C. A. No. 76-21. STATE *v.* ROBERT G. COLE. Motions of defendant for appointment of a new lawyer, for a new trial, and that he be injected with so-called truth serum, are denied. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Joseph L. DeCaporale,* Asst. Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

APPEAL No. 73-322. BERNARD McCAUGHEY *v.* GEIGY CHEMICAL CORPORATION. Motion of plaintiff to reargue denied. Paolino, J. did not participate. *Vincent F. Kane,* for plaintiff. *Francis V. Reynolds, Bernard W. Boyer,* for defendant.

APPEAL No. 74-219. SAINTS SAHAG & MESROB ARMENIAN CHURCH *v.* STATE. Motion of plaintiff to reargue denied. Paolino, J. did not participate. *John K. Najarian,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Stephen F. Mullen,* Chief Special Counsel, Office of Special Counsel, for defendant.